# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN O'KEEFFE, as successor trustee of the O'Connell Family Trust, individually and as a class representative, | ) ) ) | CASE NO. 5:19-cv-0402 |
| | ) | |
| | ) | JUDGE SARA LIOI |
| PLAINTIFF, | ) | |
| | ) | **JUDGMENT ENTRY** |
| vs. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion, defendant Continental Casualty Company's motion to dismiss is granted. This case is closed.

**IT IS SO ORDERED**.

Dated: December 16, 2019

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**